### 14326, 14327. STACER v. CENTRAL OF GEORGIA RAILWAY COMPANY; and *vice versa.*

BROYLES, C. J. 1. The verdict in favor of the defendant was amply authorized by the evidence, and none of the special grounds of the motion for a new trial requires a reversal of the judgment below refusing to grant a new trial.

2. In view of the above ruling it is unnecessary to consider the cross-bill of exceptions.

*Judgment on main bill of exceptions affirmed; cross-bill dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1923.

Action for damages; from city court of Millen — Judge Dekle. December 30, 1922. See 20 *Ga. App.* 195.

*Oliver & Oliver, J. T. Chapman, A. S. Anderson,* for plaintiff.
*James A. Dixon, Charles G. Reynolds,* for defendant.